### BARNES *v.* EQUITABLE MORTGAGE COMPANY.

LEWIS, J. There is nothing in this case to distinguish it from the facts
in the case of *Hudson* v. *Equitable Mortgage Company*, 100 *Ga.* 83;
and the principle decided in that case, and numerous other decisions
of this court to like effect, control the question of usury made in
the present record.

*Judgment affirmed. All the Justices concurring.*

Argued May 17, — Decided June 8, 1898.

Complaint on note. Before Judge Reid. City court of At-
lanta. September term, 1897.

*Maddox & Terrell,* for plaintiff in error.
*Payne & Tye,* contra.

---

### ATLANTA CONSOLIDATED STREET RAILWAY CO. *v.* BIGHAM.

COBB, J. 1. Objections to evidence can not be considered by this court,
unless the record shows that objection to the same was made at the
trial, and what that objection was.

2. The general rule as to the probative value of positive and negative
testimony is subject to the qualification that other things are equal
and the witnesses are of equal credibility. It follows that a request
to charge which did not embody this qualification was properly re-
fused. See *Humphries* v. *State*, 100 *Ga.* 260.

3. The evidence warranted the verdict. Other requests to charge than
the one dealt with above were covered by the general charge; and
there was no error in denying a new trial.

*Judgment affirmed. All the Justices concurring.*

Argued May 18, — Decided June 8, 1898.

Action for damages. Before Judge Berry. City court of
Atlanta. November term, 1897.

*Goodwin, Westmoreland & Hallman,* for plaintiff in error.
*James L. Key,* contra.